**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| HUMBERTO ZAMORA III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.     4:12-cv-02082 |
| v. | ) | |
| | ) | |
| DIVERSIFIED ADJUSTMENT, | ) | |
| SERVICE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, HUMBERTO ZAMORA III, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED:  February 12, 2013          By: /s/ Adam Maxwell
                                   Adam Maxwell
                                   Bar No. 62103
                                   KROHN & MOSS, LTD.
                                   10 N. Dearborn St. 3rd Fl.
                                   Chicago, IL 60602
                                   (312) 578-9428.
                                   Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2013, I electronically filed the foregoing Notice of

Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was

electronically submitted to all parties by the Court's CM/ECF system.

s/ Adam Maxwell
Adam Maxwell
Attorney for Plaintiff

NOTICE OF SETTLEMENT