# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| HUMBERTO ZAMORA III, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:12 CV 2082 DDN |
| DIVERSIFIED ADJUSTMENT, SERVICE, INC., | ) |
| Defendant. | ) |

## ORDER OF VOLUNTARY DISMISSAL

Plaintiff Humberto Zamora III and defendant Diversified Adjustment Services, Inc., having filed their stipulated dismissal (Doc. 16), consistent with the proposed order submitted by the parties,

**IT IS HEREBY ORDERED** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), this action is dismissed with prejudice, both sides to bear their own fees and costs.


　　　　　　　　　　　　　　/S/   David D. Noce
　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**


**Signed on February 25, 2013.**